GEORGE HELLINGER, Respondent, v. MILTON ABELES et al., Appellants.—
Motion for leave to appeal to the Court of Appeals denied. Present — Adel,
Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 726.]

INCORPORATED VILLAGE OF LAUREL HOLLOW, Respondent-Appellant, v. LAVERNE
ORIGINALS, INC., et al., Appellants-Respondents.— Motion referred to the court
that rendered the decision. Present — Adel, Acting P. J., Wenzel, Schmidt,
Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion
for stay denied, without costs. Motion for leave to appeal to the Court of
Appeals denied on the ground that an appeal to the Court of Appeals lies as a
matter of right. Present — Adel, Acting P. J., MacCrate, Schmidt, Beldock and
Murphy, JJ. [See *ante*, p. 795.]

In the Matter of A. L. F. REALTY Co., INC., et al., Appellants, against PETER
J. DEVINE, as Building Commissioner of the City of Long Beach, et al.,
Respondents.— Motion for leave to appeal to the Court of Appeals denied.
Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.
[See *ante*, p. 666.]

In the Matter of SOLOMON HOLT, Appellant, against WILLIAM JANSEN, as
Superintendent of Schools of the City of New York, et al., Respondents.—
Motion for leave to appeal to the Court of Appeals denied. Present — Adel,
Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 796.]

In the Matter of INCORPORATED VILLAGE OF VALLEY STREAM, Appellant,
Relative to Acquiring Title to Real Property Situated in Said Village for
Municipal Uses and a Parking Field. MARGARET INSINGER, Respondent.— Motion
referred to the court that rendered the decision. Present — Adel, Acting P. J.,
Wenzel, Schmidt, Beldock and Murphy, JJ. Motion for reargument granted
and, upon reargument, the court adheres to the original decision. The condem-
nation map (Petitioner's Exhibit 1) and the map of damage parcel 2 (Respond-
ent's Exhibit K) show no western boundary to parcel 2. In the light of all
the evidence in this case it appears that the western line of parcel 2 was
considered to be the continuation, northward, of the western line of parcel 1 (see
Petitioner's Exhibits N and H). Such is the meaning of the order entered
upon our decision which states that the entire length of the parcel in question
adjoins parcel 1. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and
Beldock, JJ. [See *ante*, p. 737.]

ANTONIO BIZZARRO, Respondent, v. ZIMKOT REALTY CORPORATION, Appellant
and Third-Party Plaintiff. ZIMETS BED SPRING CORP., Third-Party Defendant.—
In an action to recover damages for personal injuries, defendant appeals
from an order denying its motion to strike out the reply and for judgment
on the pleadings. Order affirmed, with $10 costs and disbursements. No
opinion. Nolan, P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.